José VILLANUEVA BONILLA, demandante y apelante, *v.* José CRISTÓBAL DÍAZ MALDONADO, demandado y apelado.

No. 3420.—*Resuelto:* Julio 20, 1925.

MOCIÓN interesando aclaración o reconsideración de la sentencia dictada en mayo 29, 1925.—*Con lugar.*

*Antonio Suliveres y R. Agrait Aldea,* abogados del apelante; *José Tous Soto,* abogado del apelado.

OPINIÓN Y RESOLUCIÓN

MEMORÁNDUM del JUEZ ASOCIADO SEÑOR WOLF.

La parte victoriosa en esta corte en una moción de reconsideración ha solicitado una aclaración de nuestra opinión y sentencia, toda vez que la corte de Arecibo según dicho demandante-apelante sostiene el criterio de que el referido

demandante está obligado a comenzar una nueva acción. Creemos que lo contrario aparece suficientemente de nuestra opinión y sentencia.   En la sentencia devolvimos el caso a la corte inferior para ulteriores procedimientos no incompatibles con la opinión.   Normalmente cuando se devuelve un caso para ulteriores procedimientos algo más ha de hacerse en el mismo caso.   En el párrafo penúltimo de nuestra opinión dijimos que como los demandados habían comparecido y contestado, y no existía duda alguna sobre los hechos, el caso estaba listo para la venta en ejecución.   *Villanueva v. Díaz,* p. 309.

Es verdad que en la opinión usamos el tiempo presente y dijimos que el demandante tenía el derecho a iniciar nuevamente la acción libre de la duda particular que se presentaba, pero quisimos decir que el demandante tenía el derecho de seguir adelante en esta acción particular.

No estamos enteramente de acuerdo con el apelante en que para determinar una causa de acción, era necesaria una declaración respecto al efecto de nuestra anterior sentencia en el caso de *Cortés.*   Por el contrario, creemos que el demandante pudo haber establecido una acción ordinaria para el cobro de una hipoteca y que los demandados pudieron haber suscitado cualquier duda, si tal existía, respecto al derecho del demandante a seguir adelante.   La cuestión, sin embargo, fué levantada en la corte inferior por el demandante mismo y resuelta en sentido adverso para él, pero hemos revocado esa decisión y creemos que el demandante tiene derecho a seguir adelante con su presente acción, y a que se ordene una venta.

Desde luego que si existe alguna duda en cuanto a que haya un hecho controvertible levantado por cualquiera de los demandados, ese hecho debe ser juzgado.   Asimismo esta acción no puede afectar a los posibles derechos de terceras personas.

Esto se hace en *reconsideración* de nuestra opinión y sentencia.